**CERTIFICATE OF SERVICE**

**JONATHAN I. EDELSTEIN**, an attorney admitted to practice in the courts of the State of New York, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the extent of his knowledge:

1. I am over 18 years old and not a party to this action.

2. On the fifth day of October 2007, I served the within MEMORANDUM IN SUPPORT and DECLARATION IN SUPPORT upon:

   Rockland County District Attorney
   One South Main Street
   New City, NY 10956
   Attn: Argiros Kosmetatos, Esq.

Being the addresses within the State heretofore designated by them for that purpose, by enclosing a true copy of the same in a prepaid wrapper and depositing the same in a box designated by the United States Postal Service for collection and delivery of mail.

Dated:   New York, NY
         February 25, 2008

                                                    _____
                                                    JONATHAN I. EDELSTEIN