JONATHAN I. EDELSTEIN
ATTORNEY AT LAW
271 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10016

(212) 871-0571 x208

FAX (212) 382-3610

EMAIL jonathan9@earthlink.net

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08

February 26, 2008

**VIA FACSIMILE (212) 805-6382**
Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 660
New York, NY 10007

### Re: Jean v. Greene, Docket No. 07-CV-11530 (S.D.N.Y.)

Your Honor:

I am counsel for the petitioner in the above referenced matter. Last night I electronically filed a memorandum of law, declaration and exhibits in support of Mr. Jean's habeas corpus petition. At about 11 a.m. today, I was notified that these documents were rejected on the grounds that the case was not designated an ECF case.

Therefore, I respectfully request your Honor designate the case as an ECF matter. I submit that such a designation is both practical and convenient given that both parties have counsel. Moreover, I respectfully request that the Rockland County District Attorney be designated as the respondent's attorney and that it receive notice of all electronic filings herein.

Additionally, I intend to send courtesy copies soon pursuant to the rules of this Court. If you have any further questions or concerns, please do not hesitate to contact me. The Court's consideration in this matter is appreciated.

> Request DENIED. The Court's ECF procedures specifically exclude all habeas actions from the system. The matter of which District Attorney represents a respondent in a habeas case is not one that the Court determines. Rather, it is within the purview of the State Attorney General.
>
> SO ORDERED:
> 2-27-08
> DATE    VICTOR MARRERO, U.S.D.J.

Sincerely,

Jonathan I. Edelstein

CC: Rockland County District Attorney
Attn: Argiros Kosmetatos, Esq.
(Via Fax)