```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DARIUS JEAN,                        :
                                    :
                Plaintiff,          :   07 Civ. 11530 (VM)
                                    :
     - against -                    :
                                    :   ORDER FOR REASSIGNMENT
                                    :   TO WHITE PLAINS
WARDEN GARY GREENE, Great Meadow    :
Correctional Facility,              :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the petition for a writ of habeas corpus filed in this matter the Court notes that petitioner challenges his conviction after trial in the Supreme Court of New York, Rockland County for crimes that occurred in that County. Accordingly, pursuant to Rule 25 of the Rules for the Division of Business Among District Judges, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         4 March 2008

```
                                    VICTOR MARRERO
                                       U.S.D.J.
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08
```