```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DARIUS JEAN,                        :
                                    :
                    Plaintiff,      :    07 Civ 11530
                                    :
        - against -                 :    ORDER
                                    :
WARDEN GARY GREENE,                 :
Great Meadow Correctional Facility, :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

    By Order dated March 4, 2008 the Court directed the Clerk of Court to reassign this case to White Plains and remove it from the Court's docket.  A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases.  Accordingly, it is hereby

    **ORDERED** that in accordance with the Court's Order of March 4, 2008 the Clerk of Court is directed to reassign this case to White Plains and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
           26 March 2008

                                                VICTOR MARRERO
                                                U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08