UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

Darius Jean,                                    :

               Petitioner,        :            07Civ. 11530(SCR)(LMS)

      -against-                          :            ORDER

Gary Greene, Superintendent;                    :
Great Meadow Correctional Facility,
                                                :
               Respondent.
------------------------------------------------x

LISA MARGARET SMITH, United States Magistrate Judge,

    Upon the petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, dated December 26, 2007, a copy of which is annexed, it is hereby ORDERED that:

    1. Within sixty (60) days of the date of this order, respondent shall serve a copy of his answer to the petition on the petitioner herein and file the original thereof with proof of service with the Clerk of this Court in White Plains, New York;

    2. Respondent shall also submit the transcript of the trial and copies of all briefs, memoranda, etc. and decisions on appeal or in connection with proceedings pursuant to New York Criminal Procedure Law Article 440;

    3. Petitioner, within thirty (30) days after the filing of the answer, shall serve upon respondent's attorney and file his reply to the answer, if any, with the Clerk of this Court in White Plains, New York; and

    4. Service of a copy of this Order shall be made by the Clerk of this Court by regular mail to Petitioner, Darius Jean #02A6595, Great Meadow Correctional Facility, PO Box 51, Comstock, NY 12821 and to Gary Greene or his successor at Great Meadow Correctional Facility and to the Attorney General of the State of New York, 120 Broadway, New York, New York 10271, and by certified mail with a copy of the petition to the District Attorney of Rockland County, 1 South Main Street, New City, NY 10956.

Dated: April 2, 2008
White Plains, New York

                                                    _____
                                                    LISA MARGARET SMITH
                                                    United States Magistrate Judge

Docket in case # 07 cv/cr 11530
Order
Clerk to distribute + process mailing.
4/2/08    LMS/DSMJ

USDC SDNY
DOCUMENT